UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FLEXSTAKE, INC.,

      Plaintiff,

v.                                   Case No:  2:17-cv-104-FtM-38MRM

DBI SERVICES, LLC.,

      Defendant.
_____/

## OPINION AND ORDER[1]

This matter comes before the Court on Plaintiff Flexstake, Inc.'s Response to Order to Show Cause (Doc. 7) filed on March 1, 2017.  The Court had directed Flexstake to show cause why this case should not be transferred to the United States District Court for the Southern District of Florida because the Complaint alleged "a substantial part of the events or omissions giving rise to the claim occurred within the jurisdictional boundaries of the Southern District of Florida."  (Doc. 4).  Flexstake has now advised that this case was filed in the Middle District of Florida in error.  (Doc. 7).

      Accordingly, it is now

      **ORDERED:**

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Southern District of Florida and **CLOSE** the Fort Myers case file.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of March, 2017.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record